# LOCAL OFFICIAL FORM No. 9

## LBR 1007-5 COVERSHEET

IN RE                                                  )        Case No. _____
    **Renee Michele Holmes**,                              )        (Chapter **7**      )
              Debtor(s).                          )

## LBR 1007-5 DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES

Select one of the following:

☐     The attached (consisting of _____ pages) represent complete and accurate copies of all payment advices or other evidence of payment I have received from any employer within sixty (60) days before the commencement of this bankruptcy case. (Attach all payment advices received, redacting any information entitled to privacy protection under Fed. R. Bankr. P. 9037.)[1]

☑     I have received no payment advices or other evidence of payment from any employer within sixty (60) days before the commencement of this bankruptcy case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   **February  5, 2020**              **/s/ Renee Michele Holmes**        (Signature)
                                                                        **Renee Michele Holmes**              (Printed Name)
                                                                         **140 1/2 Wilmington Pl SE, DC 20032**     (Address)
                                                                                                    (Phone No.)

---

[1] Federal Rule of Bankruptcy Procedure 9037(a) provides that the following personal information must be redacted from any payment advices:
  All but the last four digits of a social-security number or taxpayer identification number;
  The month and day of the individual's birth (but not the year);
  All but the initials of any minor's name; and
  All but the last four digits of any financial account number.